1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
*ex rel.* SHOSHONA STOKES,

                                    Plaintiff,

                    v.

DAVID A. AGNOR, Ph.D., PC dba
SENIOR CONNECTIONS,

                                    Defendant.

No. C04-2450-RSM

**UNDER SEAL**

**ORDER**

The United States has notified the Court of its decision to decline to intervene in this

action, simultaneously moving (without opposition from Relator) for an order lifting the seal,

and providing Relator 45 days to complete service of the Complaint and this Order on the

Defendants.  In the event that Relator fails to complete service on the defendants withing this

time frame, the government requests that the Court dismiss the case without prejudice.  The

Court finds the motion well taken.  It is therefore ORDERED:

1.    That this case is hereby UNSEALED in its entirety;

2.    That the Relator shall have 45 days from the entry of this Order to complete service

of the Complaint and this Order on Defendants; and

ORDER UNITED STATES' NOTICE OF ELECTION TO DECLINE
INTERVENTION AND MOTION TO LIFT THE SEAL  –  1
(C04-2450-RSM)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101-1271
(206) 553-7970

1     3.     That in the event the Relator fails to complete service on Defendants within 45 days

2  of the date of this Order, the Court will enter an Order dismissing this case without prejudice to

3  the Relator and without prejudice to the United States.

4     In the event the Relator completes service and undertakes the active prosecution of this

5  case, all pleadings filed in this action, and all Orders entered by the Court shall continue to be

6  served upon the United States; and the United States may order any deposition transcripts taken

7  by the parties in this case.  The United States may also, for good cause, intervene in this action

8  after providing notice to the Relator, and obtaining the approval of the Court.

9

10     DATED this 13th day of February, 2009

11

12

13

14                  RICARDO S. MARTINEZ
                     UNITED STATES DISTRICT JUDGE

15

16  Presented by:

17

18

19  _____

20  HAROLD MALKIN
    Assistant United States Attorney

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101-1271
(206) 553-7970